# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISABETH MARIE PIRRO,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:21-cv-00587-SAB<br><br>ORDER DIRECTING PLAINTIFF TO FILE NOTICE OF STATUS OF SERVICE<br><br>FIVE DAY DEADLINE |

Plaintiff Elisabeth Marie Pirro filed this action on April 8, 2021, and summonses were issued this same day. Pursuant to the scheduling order issued on April 8, 2021, unless other provision is made pursuant to an application to proceed in forma pauperis, appellant is required to effect service within twenty days of filing the complaint and file a return of service with this court. More than twenty days have passed and Plaintiff has not filed a return of service with the Court and Plaintiff is not proceeding in forma pauperis.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file a notice **within five (5) days** informing the Court of the status of service on Defendant in this action.

IT IS SO ORDERED.

Dated: **May 6, 2021**

UNITED STATES MAGISTRATE JUDGE

1