# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISABETH MARIE PIRRO,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:21-cv-00587-SAB<br><br>ORDER DIRECTING PLAINTIFF TO FILE PROOF OF SERVICE<br><br>FOURTEEN DAY DEADLINE |

Plaintiff Elisabeth Marie Pirro filed this action on April 8, 2021, and summonses were issued this same day. On May 7, 2021, an order issued requiring Plaintiff to file a notice within five (5) days informing the Court of the status of service on Defendant in this action. On May 10, 2021, Plaintiff filed a status report seeking an extension of fourteen days to file proof of service.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file proof that Defendant has been served in this matter within fourteen (14) days of the date of entry of this order.

IT IS SO ORDERED.

Dated: __**May 11, 2021**__

UNITED STATES MAGISTRATE JUDGE

1